1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Jamie J. Fountain (SBN 316567)
   jfountain@blakelylawgroup.com
3  **BLAKELY LAW GROUP**
   1334 Parkview Avenue, Suite 280
4  Manhattan Beach, California 90266
   Telephone: (310) 546-7400
5  Facsimile: (310) 546-7401

6  *Attorneys for Plaintiff*
   *Deckers Outdoor Corporation*
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CKC Enterprises Inc. dba ROOLEE, a Utah Corporation; and DOES 1-10, inclusive,,<br><br>Defendants. | CASE NO.: 2:22-cv-03837<br><br>**STIPULATION TO TRANSFER OF ACTION [28 U.S.C. § 1404(a)]** |

The parties, having met and conferred regarding the status of the pleadings in this matter, enter into this Stipulation to transfer the above-captioned matter from the Central District of California of the United States District Court to the District of Utah, as follows:

WHEREAS, Plaintiff Deckers Outdoor Corporation ("Plaintiff") filed this

1  action in the Central District of California of the United States District Court on June
2  3, 2022;
3     WHEREAS, counsel for Defendant CKC Enterprises, Inc. dba Roolee
4  ("Defendant") met and conferred with counsel for Plaintiff regarding a contemplated
5  motion to dismiss based on a challenge of venue;
6     WHEREAS, the parties wish to resolve Defendant's contemplated motion by
7  stipulation and thereby avoid further motion practice on this subject;
8     IT IS HEREBY STIPULATED and agreed by and between Plaintiff and
9  Defendant that this matter be transferred from the Central District of California of the
10 United States District Court to the District of Utah, with a response to the Complaint
11 due twenty-one (21) days after notice of transfer.
12    This document is being electronically filed through the Court's ECF System. In
13 this regard, counsel for Plaintiff hereby attests that all signatories listed and on whose
14 behalf this filing is submitted concur in the filing's content and have authorized the
15 filing.

16 Dated:    August 11, 2022    **BLAKELY LAW GROUP**

17                              By:   /s/ Jamie Fountain
18                                    Brent H. Blakely
                                      Jamie Fountain
19                                    *Attorneys for Plaintiff*
                                      *Deckers Outdoor Corporation*
20

21

22 Dated:    August 11, 2022    **PROJECT CIP**

23                              By:   /s/ Preston P. Frischknecht
                                      Preston P. Frischknecht
24                                    *Attorneys for Defendant*
                                      *CKC Enterprises Inc. dba ROOLEE*
25

26

27

28